PD-1393-15

PD-1393-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/27/2015 2:48:15 PM
Accepted 10/27/2015 5:15:06 PM
ABEL ACOSTA
CLERK

No. _____

In the
**COURT OF CRIMINAL APPEALS**

_____

On Appeal from the 400th Judicial District Court of
Fort Bend County, Texas, Cause Number 11-DCR-59007A;
and the Opinion of the Fourteenth Court of Appeals
in Cause Number 14-14-00272-CR, Delivered October 15, 2015

_____

**JEREMY PATRICK SHAKESNIDER**
*v.*
**THE STATE OF TEXAS**

_____

**MOTION FOR EXTENSION OF TIME TO FILE
*PRO SE* PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Michael Elliott, the undersigned attorney of record for Jeremy Patrick Shakesnider, the Appellant, herein, and files this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review. As set out below, the undersigned respectfully requests a thirty-day extension so that Appellant can file his *Pro Se* Petition for Discretionary Review. In support of said motion, the undersigned would show the Court the following:

1. Appellant's Petition for Discretionary Review is currently due in this case on November 14, 2015.

2.     Appellant seeks an extension of thirty days in which to file his Petition for Discretionary Review, making his Petition due on or before December 14, 2015.

3.     The undersigned counsel will not be representing Appellant after the filing of this motion.   Appellant will now have to obtain and review the record in order to prepare and file a Pro Se Petition for Discretionary Review.   The undersigned believes that there is insufficient time between now and November 15, 2015, to accomplish those goals.   Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time.

4.     The undersigned has not filed any previous motions for extension of time in this case.

5.     For the reasons set forth above, the undersigned respectfully requests that Appellant be granted an extension of thirty days so that his brief in this case will now be due on December 15, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the undersigned respectfully requests that this Court grant this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review.

Respectfully submitted,

_____/s/__Michael Elliott_____
Michael Elliott
State Bar Number 06546540
905 Front Street
Richmond, Texas 77469
(832) 496-5000
(281) 232-8141 (fax)
mike@elliottslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Fort Bend County District Attorney's 301 Jackson Street, Richmond, Texas 77469 on October 27, 2015.

__/s/ Mike Elliott_____
Mike Elliott